UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

NICANDRO P. UCCIFERRI,

           Petitioner,

-vs-                                                      Case No.  6:05-cv-645-Orl-19KRS
                                                    (Criminal Case No.:  6:02-cr-191-Orl-19KRS)

UNITED STATES OF AMERICA,

           Respondent.
_____

**ORDER**

This case is before the Court on the following motion:

> **MOTION:**    **PETITIONER'S MOTION TO AMEND (Doc. No. 7)**
>
> **FILED:**      **June 29, 2005**
> _____
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

The Clerk of the Court is directed to file and to docket the proposed section 2255 motion and the memorandum of law, which are attached to the motion. In light of the amended section 2255 motion, Petitioner's initial section 2255 motion (Doc. No. 1, filed April 28, 2005) is **DENIED** as moot.

**DONE AND ORDERED** at Orlando, Florida this ___5th____ day of July, 2005.

*[signature]*
PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:
pslc 7/5
Counsel of Record
Nicandro P. Ucciferri