**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**NICANDRO P. UCCIFERRI,**

      **Plaintiff,**

-vs-                                                  **Case No.  6:05-cv-645-Orl-19KRS**

**UNITED STATES OF AMERICA,**

      **Defendant.**

### ORDER OF RECUSAL

Upon the Court's own motion, based upon the Court's review of the file in this case, the undersigned Judge determines the interests of justice would be served by recusal from this case. I was an appellate lawyer representing the United States in connection with a previous prosecution of the plaintiff. The Clerk of Court is directed to assign another Magistrate Judge to this case.

**DONE** and **ORDERED** in Orlando, Florida on July 8, 2005.

                                                        *Karla R. Spaulding*
                                                     KARLA R. SPAULDING
                                        UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties