UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

NICANDRO P. UCCIFERRI,

          Petitioner,

-vs-                                     Case No.  6:05-cv-645-Orl-19KRS
                                   (Criminal Case No.:  6:02-cr-191-Orl-19KRS)

UNITED STATES OF AMERICA,

          Respondent.
_____

**ORDER**

This case is before the Court on the following motion:

| **MOTION:** | **PETITIONER'S APPLICATION FOR A CERTIFICATE OF APPEALABILITY (Doc. No. 26)** |
|---|---|
| **FILED:** | **July 6, 2006** |
| **THEREON** it is **ORDERED** that the motion is **DENIED**. | |

Petitioner has not made a substantial showing of the deprivation of any federal constitutional right.

**DONE AND ORDERED** in Chambers at Orlando, Florida, this __13th_____ day of July, 2006.

_____
PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:
pslc 7/13
Counsel of Record